# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**THOR VALHALLA**                                                                                       **PLAINTIFF**
**ADC #106115**

**VS.**                                        **4:20-CV-00253-BRW-JJV**

**ASA HUTCHINSON,** *et al*.                                                              **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED, this 23rd day of April, 2020.


                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE